IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TAMMY RENEE SAVAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2-17-cv-00081-J |
| | § | |
| CESAR CORRAL-PARRA | § | |
| and CORRAL TRUCKING, LLC, a Colorado | § | |
| Limited Liability Company, | § | |
| | § | |
| Defendants. | § | |

## JOINT CONFERENCE STATUS REPORT

COME NOW the Plaintiff and the Defendants, and pursuant to the Court's Order Referring Case to ADR of December 18, 2017, file this Joint Conference Status Report. Counsel for the Plaintiff and Defendant held a conference via telephone on Thursday, December 28, 2017 with the purpose of settling this case and would show this Honorable Court as follows:

### SETTLEMENT STATUS

The parties have discussed resolution of this matter. Both parties met and exchanged offers but did not resolve this dispute.

### MEDIATION

Insofar as the parties have not yet been able to reach a settlement agreement, both parties have agreed to mediate this dispute. Mediation has been scheduled for Wednesday, January 24, 2018 beginning at 10:00am to be held at the office of TEMPLETON SMITHEE HAYES HEINRICH & RUSSELL, LLP. Mark Packard of PACKARD, HOOD, JOHNSON & BRADLEY, LLP will served as mediator.

DATED: December 28, 2017

Respectfully submitted,

/s/ Robert L. Templeton
ROBERT L. TEMPLETON
State Bar No. 19771000
robert@tshhr.com
ROBERT  L. TEMPLETON & ASSOCIATES, PC
320 S. Polk, Suite 1000
Amarillo, Texas 79101
Telephone No. (806) 324-0324
Facsimile No. (806) 379-8568

ATTORNEY FOR THE PLAINTIFF


/s/ Alan Moore
MARK J. DYER
State Bar No. 06317500
dyer@mdjwlaw.com
ALAN MOORE
State Bar No. 14320075
amoore@mdjwlaw.com
16000 N. Dallas Parkway; Suite 800
Dallas, texas 75248
Telephone No. (214) 420-5500
Facsimile No. (214) 420-5501

ATTORNEYS FOR THE DEFENDANTS