IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TAMMY RENEE SAVAGE, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CAUSE NO. 2:17-cv-00081-J |
| § | | |
| CESAR CORRAL-PARRA AND § | | |
| CORRAL TRUCKING, LLC, a Colorado § | | |
| Limited Liability Company, § | | |
| Defendants. § | | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed and considered Plaintiff **TAMMY RENEE SAVAGE'S** and Defendants **CESAR CORRAL-PARRA'S AND CORRAL TRUCKING, LLC'S** Joint Motion for Dismissal with Prejudice in the above-styled and numbered cause of action and the Court, being of the opinion that said Motion should be granted, it is therefore:

ORDERED, ADJUDGED and DECREED that Plaintiff **TAMMY RENEE SAVAGE'S** claims and causes of action against Defendants **CESAR CORRAL-PARRA AND CORRAL TRUCKING, LLC** be dismissed with prejudice in their entirety, and that all costs of court are taxed to parties incurring same.

Signed this 12th day of March, 2018.

_____
MARY LOU ROBINSON
Senior United States District Judge